UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JACQUELYN RONEE MICKENS,

        Plaintiff,

v.                                                                                  Case No. 8:24-cv-02790-SDM-LSG

REALPAGE, INC.,

        Defendant.                                /

**DEFENDANT REALPAGE, INC.'S
<u>NOTICE OF PENDENCY OF RELATED CASES</u>**

In accordance with Local Rule 1.07(c), I hereby certify that the instant action:

____ IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

__X__ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

        Respectfully submitted,

        */s/ Ritika Singh*
        Ritika Singh
        Florida Bar No. 1016708
        rsingh@qslwm.com
        Quilling Selander Lownds,
        Winslett & Moser
        6900 N Dallas Parkway, Suite 800
        Plano, TX 75024
        (214) 560-5442

7705542.1

(214) 871-2111 Fax
***Lead Counsel for RealPage, Inc.***

7705542.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2024 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all attorneys of record via the transmission of Notices of Electronic Filing generated by CM/ECF.

Justin M. Baxter
justin@baxterlaw.com
Baxter & Baxter, LLP
8835 S.W. Canyon Lane, Suite 130
Portland, OR 97225
(503) 297-9031
(503) 291-9172 Fax
and
SaraEllen Hutchison
saraellen@saraellenhutchison.com
1102 A Street, Suite 300 PMB66
Tacoma, WA 98402
(206) 529-5195
(253) 302-8486 Fax
and
John Antohny Love
tlove@loveconsumerlaw.com
Love Consumer Law
2500 Northwinds Parkway, Suite 330
Alpharetta, GA 30009
(404) 855-3600
***Counsel for Plaintiff***

                                                       */s/ Ritika Singh*
                                                       **RITIKA SINGH**

7705542.1