# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| JACQUELYN RONEE MICKENS, | |
| Plaintiff, | |
| v. | Civil No.  8:24-cv-02790-SDM-LSG |
| REALPAGE, INC., | |
| Defendant. | |

## NOTICE OF SETTLEMENT

Plaintiff, Jacquelyn Ronee Mickens, by counsel, hereby notifies the Court that the parties have reached a settlement of all claims and will file a stipulation of dismissal with prejudice upon completion of the related settlement documentation.

This 26th day of March, 2026.

Respectfully submitted,

**LOVE CONSUMER LAW**

*/s/ John A. Love*
John A. Love
Ga Bar No. 459155
2500 Northwinds Parkway
Suite 330
Alpharetta, GA 30009
(tel.) 404.855.3600
(fax) 404.301.2300
tlove@loveconsumerlaw.com

SaraEllen Hutchison (Washington State Bar No. 36137, Pro Hac Vice to be requested)
1102 A ST STE 300 PMB 66
Tacoma, WA 98402
Telephone: 206-529-5195
Fax: 253-302-8486
Email: saraellen@saraellenhutchison.com

Justin M. Baxter (Washington State Bar No. 39182, *Pro Hac Vice to be requested*)
justin@baxterlaw.com
BAXTER & BAXTER, LLP
8835 SW Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
justin@baxterlaw.com

*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

The undersigned, as attorney for Plaintiff, hereby states that a true and correct copy of the foregoing document was filed via the Court's electronic filing system which will cause a copy to be served upon all counsel of record.

Dated: March 26, 2025

*s/John A. Love*
John A. Love, Esquire
